Form 3A Contd.
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Margaret Chriss**
Debtor(s)

Case No. __078811__
Chapter __7__

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐  IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☒  IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ __75.00__  Check one  ☐ With the filing of the petition, or
                         ☒ On or before __6-15-07__

$ __75.00__  on or before __7-6-07__

$ __75.00__  on or before __7-20-07__

$ __74.00__  on or before __8-15-07__

☐  IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date __5/18/07__            J. Cox    _Jacqueline P. Cox_
                                      UNITED STATES BANKRUPTCY JUDGE

Software Copyright (c) 1996-2005 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy